## 36472. THOMAS et al. v. FAIRBURN BANKING COMPANY.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED JULY 11, 1980 — DECIDED SEPTEMBER 17, 1980.

*Fletcher Thompson,* for appellants.
*Lawrence J. McEvoy, Jr.,* for appellee.